**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ABSEN, INC.,

        Plaintiff,

v.                                                                               Case No: 6:19-cv-905-Orl-40LRH

LED CAPITAL, LLC and MARCEL
DEKEYZER,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. 29), filed on February 14, 2020. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting neither party has filed any timely objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 19, 2020 (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Default Judgment (Doc. 29) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Court will **ENTER** default judgment against LED Capital and in favor of Plaintiff "Absen Inc." on Counts I and II of the second

      amended complaint in the amount of $5,461,127.56, with interest accruing at twelve percent per annum, as it relates to the First and Second Notes.

   b. The Court will **ENTER** default judgment against Dekeyzer, jointly and severally with LED Capital, and in favor of Plaintiff "Absen Inc." on Count III of the second amended complaint in the amount of $2,470,168.27, with interest accruing at twelve percent per annum, as it relates to the First Note

   c. The Motion is otherwise **DENIED**.

3. The Clerk is **DIRECTED** to issue a Judgment consistent with the Court's ruling on this Report and Recommendation, and thereafter, to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 3, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties